**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Covey Ronnell ANDREWS,**
**Defendant–Appellant.**

**No. 01–6418.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Covey Ronnell Andrews, pro se. S. David Schiller, Office of the United States Attorney, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Covey Ronnell Andrews seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) (and alternatively filed as a writ of error coram nobis or Fed.R.Civ.P. 60(b)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Andrews*, Nos. CR–97–59; CA–00–635 (E.D.Va. Mar. 8, 2001). We dispense with oral argument because the facts and legal

---

* We recently held in *United States v. Sanders*, 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's *Apprendi* claim is not cognizable.